United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 17, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | § § | |
| Javier Garcia | § § | Case No. 24-30008-JPN-13 |
| Debtor | § § § | Chapter 13 |

**ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, AND CHAPTER 13 PLAN**
(ECF No. 10)

CAME BEFORE THE COURT Debtor's Motion, and the Court finds that good cause exists to grant the Motion. It is, therefore,

ORDERED that the Debtor herein shall have until 1/29/2024, to file his Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan.

Signed: January 17, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge

By: /s/Christopher M Lee